1544

FILED

MAR 16 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23- 49<br>(18 U.S.C. § 1709) |
| CHRISTINA ANKNEY | |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about May 19, 2022, in the Western District of Pennsylvania, the defendant, CHRISTINA ANKNEY, being an employee of the United States Postal Service, did steal, abstract, and remove from a letter, package, bag, or mail, which had been entrusted to her and had come into her possession intended to be conveyed by mail, an article or thing contained therein, that is United States currency contained in an envelope addressed to B.H. on Marjorie Drive in Murrysville, PA.

In violation of Title 18, United States Code, Section 1709.

A True Bill,

_____
Foreperson

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
WILLIAM B. GUAPPONE
Assistant United States Attorney
NC ID No. 46075